# JS-6

## UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED AFRICAN-ASIAN ABILITIES CLUB; JESSIE JAMES DAVIS IV, An Individual,<br><br>    Plaintiffs,<br><br>  v.<br><br>ORANGE HOUSING DEVELOPMENT CORPORATION; and DOES 1 THROUGH 10, Inclusive<br><br>  **Defendants** | Case No: SACV 20-01149 JLS (DFMx)<br><br>ORDER DISMISSING ACTION WITH PREJUDICE |

 Based on the Joint Stipulation for Dismissal with Prejudice submitted by the parties herein and for good cause shown, this Court hereby dismisses with prejudice all Defendants from Plaintiffs' Complaint and dismisses with prejudice Plaintiffs' complaint in its entirety. Each of the parties herein shall bear their own respective attorney fees and costs.

 **IT IS SO ORDERED.**

Dated: April 05, 2021

               *[signature]*

           HON. JOSEPHINE L. STATON
           UNITED STATES DISTRICT JUDGE